March 24, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

JAMES E. ARCHER, JR. AND GIDGET ARCHER, Appellants

NO. 14-14-00017-CV       V.

DDK HOLDINGS LLC, DIANE E. CAMPBELL, AND HAYES LEASING COMPANY, INC., INDIVIDUALLY AND D/B/A HAYES TRUCK GROUP, Appellees

_____

  This cause, an appeal from the judgment signed September 24, 2013 in favor of appellees Diane E. Campbell and Hayes Leasing Company, Inc., Individually and d/b/a Hayes Truck Group, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

  We order appellants James E. Archer, Jr. and Gidget Archer, jointly and severally, to pay all costs incurred in this appeal.

  We further order this decision certified below for observance.